# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO ADONAY GALAN,<br><br>Defendant. | Case No.: 22-cr-0271-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
|---|---|

On February 1, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for February 10, 2023 to March 3, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 65] and sets the Motion Hearing/Trial Setting on March 3, 2023 at 11:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

22-cr-0271-JO

Further, on February 23, 2022, the Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from February 23, 2022 to March 3, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

The parties are instructed to appear in person at the hearing on March 3, 2023, and to be prepared to discuss the progress of discovery and the setting of a trial date.

IT IS SO ORDERED.

Dated: 2/8/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE